CARLIE CHRISTENSEN, United States Attorney (#0633)
JEFFREY E. NELSON, Assistant United States Attorney (#2386)
Attorneys for Plaintiff
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email:jeff.nelson@usdoj.gov

Attorneys for Plaintiff

_____

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

_____

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Plaintiff, | Case No. 2:11CV00919SA |
| vs. | COMPLAINT |
| BEEHIVE OF VERNAL, INC., | (Jury Trial Requested) |
| Defendant. | Magistrate Judge Samuel Alba |

## **NATURE OF THE ACTION**

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and pregnancy, and to provide appropriate relief to Lyndsy Roberts and other aggrieved persons, including Olivia Hiatt, who were adversely affected by such practices. The Equal Employment Opportunity Commission alleges that Beehive of Vernal, Inc., discriminated against Ms. Roberts and other aggrieved persons, including Ms. Hiatt, by creating a hostile work environment and discriminating against them in terms and

conditions of employment, demotion, and discharge and / or constructive discharge, all on the basis of sex and pregnancy.

## JURISDICTION AND VENUE

1.Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the District of Utah, Central Division.

## PARTIES

3.Plaintiff, the Equal Employment Opportunity Commission, is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.Defendant Beehive of Vernal, Inc., a Utah corporation, has continuously done business in the State of Utah and has at all relevant times had at least 15 employees.

5.At all relevant times, Defendant Beehive of Vernal, Inc., has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## **STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, Lyndsy Roberts filed a charge with the Commission alleging violations of Title VII by Defendant Beehive of Vernal, Inc. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least December 2008, Defendant has engaged in unlawful employment practices at its Vernal, Utah facility in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a) by discriminating against pregnant employees. These practices include, but are not limited to:

  a. Defendant's owner constantly questioned Ms. Roberts, an Assistant Manager, and other aggrieved individuals, including Ms. Hiatt, also an Assistant Manager, regarding their pregnancies and their ability to work;

  b. Defendant's owner offered a job to a replacement for Ms. Hiatt almost immediately upon learning of Ms. Hiatt's pregnancy, even though she was approximately eight months away from giving birth, and then repeatedly told her that she could quit working any time because he already had her replacement lined up;

  c. Defendant's owner repeatedly asked Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, when they planned to stop working, even in the early stages of their pregnancies when they were months away from giving birth;

    d. Defendant's owner subjected pregnant employees to closer scrutiny and harsher discipline than non-pregnant employees;

    e. Defendant's owner demoted Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, because of their pregnancies;

    f. Defendant's owner reduced Ms. Roberts's shifts and then stopped scheduling her to work because of her pregnancy, effectively terminating her employment because she was pregnant;

    g. Defendant's owner continually engaged in frustrating, annoying, insulting, and offensive treatment of Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, for the duration of their employment while pregnant, creating a work environment so intolerable as to compel a reasonable employee to quit, which Ms. Hiatt eventually did;

8. The effect of the practices complained of in paragraph 7 above has been to create an unlawful hostile work environment.

9. The effect of the practices complained of in paragraph 7 above has been to deprive Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, of equal employment opportunities and otherwise adversely affect their status as employees because of sex and pregnancy.

10. The unlawful employment practices complained of in paragraph 7 above were intentional.

11. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Ms. Roberts and other aggrieved individuals, including Ms. Hiatt.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Beehive of Vernal, Inc., its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from engaging in discrimination on the basis of sex or pregnancy.

B. Order Defendant Beehive of Vernal, Inc., to institute and carry out policies, practices, and programs which provide equal employment opportunities to women and pregnant women and which eradicate the effects of Defendant's past and present unlawful employment practices.

C. Order Defendant Beehive of Vernal, Inc., to make whole Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to reinstatement or promotion of Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, or, in the alternative, frontpay.

D. Order Defendant Beehive of Vernal, Inc., to make whole Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, by providing compensation for past and

future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above, including job search expenses, in amounts to be determined at trial.

  E. Order Defendant Beehive of Vernal, Inc., to make whole Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices described in paragraph 7 above, including but not limited to emotional pain, suffering, inconvenience, mental anguish, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  F. Order Defendant Beehive of Vernal, Inc., to pay Ms. Roberts and other aggrieved individuals, including Ms. Hiatt, punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  G. Grant such further relief as the Court deems necessary and proper in the public interest.

  H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all issues raised by its complaint.

RESPECTFULLY SUBMITTED this 29th day of September, 2011.

>*/s/ Jeffrey E. Nelson*
>JEFFREY E. NELSON
>Assistant United States Attorney

OF COUNSEL:
Mary Jo O'Neill, AZ Bar # 005924
Andrea G. Baran, MO Bar # 46520
James Driscoll-MacEachron, AZ Bar # 027828
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, Phoenix District Office**
3300 North Central Avenue, Suite 690
Phoenix, Arizona 85012
Telephone: (602) 640-5043
Fax: (602) 640-5009
Email: mary.oneill@eeoc.gov
andrea.baran@eeoc.gov
james.driscoll-maceachron@eeoc.gov